No. 21-12355

# In the United States Court of Appeals for the Eleventh Circuit

NETCHOICE, LLC, ET AL.,

*Plaintiff–Appellees*,

v.

ATTORNEY GENERAL, STATE OF FLORIDA, ET AL.,

*Defendants–Appellants*.

**MOTION TO WITHDRAW AS COUNSEL**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 4:21-CV-220-RH-MAF

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*henry.whitaker@myfloridalegal.com*

ASHLEY MOODY
 *Attorney General*
HENRY WHITAKER
 *Solicitor General*
DANIEL BELL
 *Chief Deputy Solicitor General*
EVAN EZRAY
 *Deputy Solicitor General*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate Of Interested Persons contained in the opening brief or in any other brief filed.

## MOTION TO WITHDRAW AS COUNSEL

I, Evan Ezray, respectfully request leave to withdraw as counsel for Defendants-Appellants, Ashley Moody, in her official capacity as Attorney General of Florida, Joni Alexis Poitier, in her official capacity as Commissioner of the Florida Ethics Commission, Jason Todd Allen, in his official capacity as Commissioner of the Florida Elections Commission, John Martin Hayes, in his official capacity as Commissioner of the Florida Elections Commission, and Kymberlee Curry Smith, in her official capacity as Commissioner of the Florida Elections Commission. I will be leaving the office of the attorney general in the coming weeks. The Defendants-Appellants will continue to be represented by Daniel Bell and Henry Whitaker.

Dated: April 21, 2023

Respectfully submitted,

ASHLEY MOODY
Attorney General

*/s/ Evan Ezray*
HENRY WHITAKER
  *Solicitor General*
DANIEL BELL
  *Chief Deputy Solicitor General*
EVAN EZRAY
  *Deputy Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*
*daniel.bell@myfloridalegal.com*
*evan.ezray@myfloridalegal.com*

*Counsel for Defendants-Appellants*

## **CERTIFICATE OF SERVICE**

I certify that on April 21st, 2023, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Evan Ezray*
Deputy Solicitor General

3