No. 21-12355

# *In the United States Court of Appeals For the Eleventh Circuit*

NETCHOICE, LLC, ET AL.,

*Plaintiff-Appellees*,

v.

ATTORNEY GENERAL, STATE OF FLORIDA, ET AL.,

*Defendants-Appellants*.

**MOTION TO WITHDRAW AS COUNSEL**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO 4:21-CV-220-RH-MAF

Jordan E. Pratt
FIRST LIBERTY INSTITUTE
National Place-North Tower
1331 Pennsylvania Ave. NW
Suite 1410
Washington, DC 20004
(202) 921-4105
*jpratt@firstliberty.org*

*Counsel for Amicus Curiae*

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to 11th Cir. Rule 26.102(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate of Interested Persons contained in the opening brief or in any other brief filed.

## MOTION TO WITHDRAW AS COUNSEL

I, Jordan E. Pratt, respectfully request leave to withdraw as counsel for Amicus Curiae, The Babylon Bee, LLC and Not the Bee, LLC. I have left employment with First Liberty Institute. Amicus Curiae, The Babylon Bee, LLC and Not the Bee, LLC will continue to be represented by David J. Hacker who has filed an Appearance of Counsel form in this proceeding.

Dated: April 26, 2023.

                                              Respectfully submitted,

                                              */s/ Jordan E. Pratt*
                                              Jordan E. Pratt

                                              *Counsel for Amicus Curiae*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because it contains 342 words.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

April 26, 2023.

*/s/ Jordan E. Pratt*
Jordan E. Pratt

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, I electromically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all partiest who are registered through CM/ECF.

April 26, 2023.

/s/ *Jordan E. Pratt*
Jordan E. Pratt