No. 21-12355

# In the United States Court of Appeals for the Eleventh Circuit

NETCHOICE LLC, ET AL.,

*Plaintiffs–Appellees*,

v.

ATTORNEY GENERAL, STATE OF FLORIDA, ET AL.,

*Defendants–Appellants*.

**MOTION TO WITHDRAW AS COUNSEL**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 4:21-CV-220-RH-MAF

Charles J. Cooper
David H. Thompson
Brian W. Barnes
Joseph O. Masterman
John W. Tienken
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jmasterman@cooperkirk.com
jtienken@cooperkirk.com

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate Of Interested Persons contained in the opening brief or in any other brief filed.

## <u>MOTION TO WITHDRAW COUNSEL</u>

John W. Tienken hereby respectfully requests leave to withdraw as counsel for Defendant-Appellant Deputy Secretary of Business Operations of the Florida Department of Management Services in this case. Mr. Tienken left Cooper & Kirk, PLLC on June 15, 2023, and will therefore no longer be counsel in this matter. Charles J. Cooper, David H. Thompson, Brian W. Barnes, and Joseph O. Masterman of Cooper & Kirk, PLLC, in addition to other counsel of record, will continue to represent Defendant-Appellant Deputy Secretary of Business Operations of the Florida Department of Management Services.

WHEREFORE, undersigned counsel respectfully requests this Court grant leave for John W. Tienken to withdraw as counsel for Defendant-Appellant Deputy Secretary of Business Operations of the Florida Department of Management Services and remove his name and email from electronic notification.

Dated: July 8, 2023                    Respectfully submitted,

                                       s/ David H. Thompson
                                       David H. Thompson
                                       Charles J. Cooper
                                       Brian W. Barnes
                                       Joseph O. Masterman
                                       John W. Tienken
                                       COOPER & KIRK, PLLC
                                       1523 New Hampshire Ave., NW
                                       Washington, DC 20036
                                       Phone: (202) 220-9600
                                       Fax: (202) 220-9601
                                       dthompson@cooperkirk.com

                                       *Counsel for Defendant-Appellant*
                                       *Deputy Secretary of Business*
                                       *Operations of the Florida Department*
                                       *of Management Services*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this motion complies with the applicable type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 151 words.

I hereby certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

<u>s/ David H. Thompson</u>
David H. Thompson

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on July 8, 2023. I certify that all participants in the case are registered CM/ECF users and the service will be accomplished via the appellate CM/ECF system.

<u>s/ David H. Thompson</u>
David H. Thompson