In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-12355

_____

NETCHOICE, LLC,
d.b.a. Netchoice,
COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,
d.b.a. CCIA,

Plaintiffs-Appellees,

*versus*

ATTORNEY GENERAL, STATE OF FLORIDA,
in their official capacity,
JONI ALEXIS POITIER,
in her official capacity as Commissioner of
the Florida Elections Commission,
JASON TODD ALLEN,
in his official capacity as Commissioner of
the Florida Elections Commission,
JOHN MARTIN HAYES,

2                      Order of the Court                  21-12355

in his official capacity as Commissioner of
the Florida Elections Commission,
KYMBERLEE CURRY SMITH,
in her official capacity as Commissioner of
Florida Elections Commission,
DEPUTY SECRETARY OF BUSINESS OPERATIONS
OF THE FLORIDA DEPARTMENT OF MANAGEMENT
SERVICES,
in their official capacity,

                                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00220-RH-MAF

_____

ORDER:

        John W. Tienken's motion to withdraw as counsel for Ap-
pellant Deputy Secretary of Business Operations of the Florida De-
partment of Management Services is GRANTED.

21-12355                    Order of the Court                    3

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION