# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 29, 2023

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Ashley Moody, Attorney General of Florida, et al.
           v. NetChoice, LLC, dba NetChoice, et al.
           No. 22-277
           (Your No. 21-12355)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Questions 1 and 2 presented by the Solicitor General in her brief for the United States as *amicus curiae*.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk