# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2024

Clerk
United States Court of Appeals
　for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303-2218

　　　　Re:　Moody, Att'y Gen. of FL, et al.
　　　　　　　v. NetChoice, LLC, et al.
　　　　　　　**No. 22-277 (Your docket No. 21-12355)**

Dear Clerk:

　　　Attached please find a certified copy of the judgment of this Court in the above-entitled case.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　SCOTT S. HARRIS, Clerk

　　　　　　　　　　　　　　　　　　　By

　　　　　　　　　　　　　　　　　　　*M. Altner*
　　　　　　　　　　　　　　　　　　　M. Altner
　　　　　　　　　　　　　　　　　　　Assistant Clerk – Judgments

Enc.
cc:　　All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2024

Mr. Henry Charles Whitaker, Esq.
Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050

Mr. Paul D. Clement, Esq.
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

    Re: Moody, Att'y Gen. of FL, et al.
         v. NetChoice, LLC, et al.
         No. 22-277

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Eleventh Circuit.

    The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | $3,173.08 |
| **Clerk's fee:** | **$300.00** |
| **Total:** | **$3,473.08** |

    This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: Clerk, 11th Cir.
    (Your docket No. 21-12355)

# Supreme Court of the United States

No. 22–277

**ASHLEY MOODY, ATTORNEY GENERAL OF FLORIDA, ET AL.,**

Petitioners

v.

**NETCHOICE, LLC, dba NETCHOICE, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Eleventh Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Ashley Moody, Attorney General of Florida, et al., recover from NetChoice, LLC, dba NetChoice, et al., Three Thousand Four Hundred Seventy-three Dollars and Eight Cents ($3,473.08) for costs herein expended.

July 1, 2024

**Printing of joint appendix:**    $3,173.08
**Clerk's fee:**    $300.00
**Total:**    $3,473.08

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States